UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| Derek McCoy, et al., | Civil Action No. 2:23-cv-01206 |
| *plaintiffs,* | Section P, Division 1 |
| versus | District Judge Darrel James Papillion |
| Alacrity Adjusting Solutions, LLC, | Magistrate Judge Karen Wells Roby |
| *defendant.* | |

**Order of Dismissal with Prejudice**

Before the Court is a *Joint Stipulation to Dismiss with Prejudice* (R. Doc. 29). The Court finds that the stipulation is well taken and consistent with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is therefore ORDERED that all of Plaintiffs' claims against Defendant are hereby dismissed with prejudice, and with each party to bear his, her, or its costs and attorney's fees.

New Orleans, this 15th day of November 2023.

_____
**Darrel James Papillion, District Judge**